```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/09
```

United States District Court
Southern District of New York
------------------------------------X
CELESTE THOMAS,

               Plaintiff,

      -against-                            09 Civ. 4636 (DAB)
                                                      ORDER

THE CITY OF NEW YORK, and JOHN AND
JANE DOE #1-10, individually and in
their official capacities,

               Defendants.
------------------------------------X
DEBORAH A. BATTS, United States District Judge.

     The Court's practice is to have the issues joined as to all parties prior to scheduling a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure. Within ten days of the date of this Order, Plaintiff shall in writing inform the Court of what efforts she is making to identify Defendants John and Jane Doe ##1-10, individually and in their official capacities.

SO ORDERED.

Dated:    New York, New York
            September 2, 2009

                                              Deborah A. Batts
                                              United States District Judge